## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/23/2019

May 21, 2019

By ECF
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Hassan Muhammad
     17 Cr. 610-10 (LGS)

Dear Judge Schofield:

    I am the attorney for Hassan Muhammad, the defendant in the above-referenced matter. I write with the consent of the government, by AUSA Jordan Estes, to respectfully request an extension of time to file the defendant's sentencing submission, which is presently due today, and further request that the defendant's sentencing date of June 11, 2019 remain as scheduled.

    The reason for this request is because counsel is waiting to receive final documents from the defendant that are important for finalizing his sentencing submission. We expect to file the defendant's submission by Friday, May 24, 2019, and the government has indicated that it will file its submission by Thursday, May 30, 2019.

    I thank you for your attention to this matter.

Respectfully submitted,

Robert A. Soloway

cc: All counsel (ECF)

---

Application Granted. Defendant Hassan Muhammad's submission shall be filed by May 24, 2019. The Government's submission shall be filed by May 30, 2019. The Clerk of the Court is directed to terminate the letter motion at docket number 409.

Dated: May 23, 2019

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE