### ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
_____
Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

Application Denied.  Whereas counsel failed to seek the
Court's authorization for associate services prior to
authorizing Ms. Perillo to perform services in this case, this
application is DENIED.  The Clerk of the Court is directed
to terminate the letter motion at docket number 683.

Dated: February 22, 2022
New York, New York

February 16, 2022

**VIA ECF**
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  United States v. Hassan Muhammad
     17 Cr. 610 (LGS)

Dear Judge Schofield:

I represented Mr. Hassan Muhammad in the above referenced
matter. An associate of my firm, Rachel Perillo expended a total
of 14.7 hours, nunc pro tunc to May 20, 2019, assisting me in
this matter. Much of that time involved phone calls to the client
and the AUSA and work on the sentencing submission. None of Ms.
Perillo's work was duplicative.

Therefore, it is respectfully requested that your Honor
approve payment at an hourly rate of $90.00 for associate time
spent representing Mr. Muhammad in this matter.  Thank you very
much.

Sincerely,

Robert A. Soloway

Robert A. Soloway

RAS/sc